**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| KAYTLYN REINHART, on behalf of M.K.R., | CASE NO. 1:25-cv-01073 |
| Plaintiff, | JUDGE CHARLES E. FLEMING |
| v. | MAGISTRATE JUDGE DARRELL A. CLAY |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | **OPINION AND ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION** |
| Defendant. | |

On May 27, 2025, Plaintiff Kaytlyn Reinhart filed a Complaint on behalf of M.K.R. seeking judicial review of Defendant Commissioner of Social Security's ("Commissioner") decision to deny disability insurance benefits and supplemental security income. (ECF No. 1). On April 14, 2026, Magistrate Judge Darrell A. Clay issued a Report and Recommendation ("R&R") recommending that the Court affirm the final decision of the Commissioner. (ECF No. 13).

Fed. R. Civ. P. 72(b)(2) provides that the parties may object to an R&R within fourteen (14) days after service. The R&R informed the parties that failure to file objections within the 14-day period may result in forfeiture or waiver of any right to appeal to this Court or to the U.S. Court of Appeals. Under the Federal Magistrates Act, a district court must conduct a *de novo* review of those portions of the R&R to which the parties have objected. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). Absent objection, a district court may adopt an R&R without further review. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). As of the date of this Order, more than 45 days have passed and neither party has objected to the R&R. Accordingly, the Court **ADOPTS**

Magistrate Judge Clay's R&R (ECF No. 13), incorporates it fully herein by reference, and

**AFFIRMS** the final decision of the Commissioner.

      **IT IS SO ORDERED.**

Date:   June 3, 2026

_____
**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**